UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, | **1:08-cv-00273 LJO-GSA** |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT** |
| TRIM MASTERS, INC., | **(L.R. 5-133)** |
| Defendant. / | |

TO:   DAVID C. RANCANO, Attorney for Plaintiff:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.

You were given written notice on March 3, 2008, directing you to register for CM/ECF. To date, you have failed to register.

YOU ARE HEREBY ORDERED to register for the court's electronic filing system (CM/ECF), online at the court's website, www.caed.uscourts.gov, within 10 days from the date of service of this order, or in the alternative, TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed, including dismissal of this case, for your failure to

1  comply with the court's electronic filing requirements.  Such affidavits or certificates are to be
2  filed within 11 days of service of this order.
3
4
5  IT IS SO ORDERED.
6  **Dated:    April 4, 2008**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE