UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, | CASE NO. CV F 08-0273 LJO GSA |
|         Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| TRIM MASTERS, INC., | |
|         Defendant. | |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than June 2, 2008,** to file a stipulation and order to dismiss this action in its entirety.

This Court VACATES all pending dates and matters, including the May 8, 2008 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272. **This Court admonishes the parties to complete settlement expeditiously to dismiss this action.**

IT IS SO ORDERED.

**Dated:   May 1, 2008**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE