CYNTHIA E. GITT, State Bar No. 60369
MARK CHARLES, State Bar No. 199994
**BROWN GITT LAW GROUP, LLP**
300 N. Lake Avenue, Suite 200
Pasadena, California 91101
Telephone: 626.229.1919
Facsimile: 626.229.1917
cgitt@browngitt.com
mcharles@browngitt.com

Attorneys for Defendant Trim Masters, Inc.

DAVID C. RANCANO, State Bar No. 121000
**RANCANO & RANCANO**
1150 Ninth Street, Suite 1100
Modesto, CA 95354
Telephone: (209) 549-2000
Facsimile: (209) 549-4747
amontalbo@rancanolaw.com

Attorneys for Plaintiff Maria Gonzalez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRIM MASTERS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:08-CV-00273-LJO-GSA<br><br>**ORDER GRANTING DISMISSAL OF ACTION**<br><br>**[Joint Stipulation of Dismissal filed concurrently herewith]** |

Plaintiff Maria Gonzalez's and Defendant Trim Masters, Inc.'s Joint Stipulation of Dismissal, to dismiss entire matter with prejudice, came before this Court. No appearance was necessary.

///

///

1 | After considering the Joint Stipulation of Dismissal presented to the Court,
2 | IT IS HEREBY ORDERED THAT the Stipulation is GRANTED and this entire
3 | case is dismissed with prejudice.
4 |
5 | Dated:_July 10, 2008          __/s/ Lawrence J. O'Neill_____
                                  UNITED STATES DISTRICT JUDGE
6 |
7 |
8 |
...
28 |